# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID EDWARD McLAUGHLIN
ADC #098461                                                          PETITIONER

v.                              No. 5:16-cv-290-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

Unopposed recommendation, № 17, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). McLaughlin's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D. P. Marshall Jr.
United States District Judge

8 May 2017