IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID EDWARD McLAUGHLIN
ADC #098461                                                          PETITIONER

v.                          No. 5:16-cv-290-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

## JUDGMENT

McLaughlin's petition is dismissed with prejudice.

_____
D. P. Marshall Jr.
United States District Judge

8 May 2017